# Court of Appeals
# of the State of Georgia

ATLANTA, __January 29, 2021__

*The Court of Appeals hereby passes the following order:*

**A21E0029. FREDDIE ASHMON v. JAMES R. TRASK.**

The Appellant in the above styled case has filed an emergency motion, pursuant to Court Rule 40(b) entitled Motion For Emergency Review. After careful review and consideration of the relevant statutes, case law, and materials submitted with the motion, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/29/2021__*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*